**Anthony J. COLEMAN**

v.

**STATE.**

**No. 0692–90.**

Court of Criminal Appeals of Texas, En Banc.

Aug. 22, 1990.

**320**

On Appellant's petition for discretionary review: petition dismissed.